**Eddie R. WYATT, Appellant,**

v.

**J.B. HUNT TRANSPORT,**
**INC., Appellee.**

**No. 09–2267.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 23, 2010.

Filed: Feb. 25, 2010.

of Missouri.

James Warren Stanley, Jr., Stanley Law Firm, Little Rock, AR, for Appellant.

Charles W. Reynolds, Dover & Dixon, Little Rock, AR, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

## PER CURIAM.

Eddie Wyatt appeals the District Court's[1] adverse grant of summary judgment in his action alleging that J.B. Hunt Transport, Inc., terminated him as a commercial truck driver in violation of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101–12213, and Department of Transportation (DOT) regulations, 49 C.F.R. § 382.121. After careful *de novo* review, we find no error in the district court's grant of summary judgment. *Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review); 49 C.F.R. § 391.41(b)(13) ("A person is physically qualified to drive a commercial motor vehicle if that person ... [h]as no current clinical diagnosis of alcoholism."); *Huber v. Wal–Mart Stores, Inc.,* 486 F.3d 480, 482 (8th Cir.2007) (noting that to make a prima facie case in a reasonable-accommodation claim under the ADA, a plaintiff must show, inter alia, that he is a qualified individual); *Williams v. United Parcel Serv., Inc.,* 527 F.3d 1135, 1137 (10th Cir. 2008) (noting that DOT regulations requiring drug and alcohol testing for safety-sensitive positions in transportation industries do not provide for a "private cause of action ... to aggrieved employees for a

violation of the procedural protections"). Accordingly, we affirm.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.